David STIRLING, Jr., and William G. Stirling, Plaintiffs-Appellants,

v.

CHEMICAL BANK, Individually, and as Agent, et al., Defendants-Appellees.

No. 1026, Docket 75–7006.

United States Court of Appeals, Second Circuit.

Submitted May 29, 1975.

Decided May 30, 1975.

Feldshuh, Weinberger & Derfner, New York City (Sidney Feldshuh, Donald A. Derfner, New York City, of counsel), for plaintiffs-appellants.

Cravath, Swaine & Moore, New York City (Ralph L. McAfee, Richard S. Simmons, New York City, of counsel), for defendants-appellees Chemical Bank, Frank Beatty, John J. Irish and Paavo Prima.

Milbank, Tweed, Hadley & McCloy, New York City, for defendant-appellee The Chase Manhattan Bank, N.A.

Phillips, Lytle, Hitchcock, Blaine & Huber, Buffalo, Bleakley, Platt, Schmidt, Hart & Fritz, New York City, for defendants-appellees Marine Midland Bank—Western and Marine Midland Bank—Rochester.

Nixon, Hargrave, Devans & Doyle, Rochester, N. Y., Townley, Updike, Carter & Rodgers, New York City, for defendant-appellee Lincoln First Bank of Rochester.

Debevoise, Plimpton, Lyons & Gates, New York City, for defendant-appellee Union Commerce Bank.

Before CLARK, Associate Justice,* and HAYS and MANSFIELD, Circuit Judges.

PER CURIAM:

We affirm upon Judge Bonsal's well considered opinion reported at 382 F.Supp. 1146 (S.D.N.Y.1974).

* United States Supreme Court, retired, sitting by designation.